**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PF BRANDS, INC. D/B/A/ PROFESSOR FOAM | § § § | |
| *Plaintiff,* | § | CIVIL ACTION No. 9:18-cv-20 |
| v. | § § | JUDGE RON CLARK |
| HHC DIESEL LLC ET AL., | § § | |
| *Defendants.* | § | |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE

Plaintiff PF Brands, Inc. d/b/a/ Professor Foam filed a Request for Dismissal with Prejudice [Dkt. #9], requesting that the case be dismissed with prejudice and that each party bear their own costs and fees because the parties have reached a settlement. The Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the Plaintiff PF Brands, Inc. d/b/a/ Professor Foam's Request for Dismissal With Prejudice [Dkt. #9] is GRANTED. The case is DISMISSED WITH PREJUDICE and each party shall bear their own costs and fees.

So **ORDERED** and **SIGNED** this **29** day of **July, 2018.**

_____
Ron Clark, United States District Judge